IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD L. ISGRIGG, III,  No. CIV S-09-0136-CMK-P

    Petitioner,

  vs.  ORDER

DCDR, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. Pending before the court is petitioner's request for law library access (Doc. 7).[1]

    In his request, petitioner appears to be alleging that he is being denied access to the law library. Petitioner does not, however, allege that he is under a present obligation to

---

[1] Petitioner's request is submitted as a proposed order, suggesting that he is also requesting a temporary restraining order against two correctional officers, Susan Meralis and Pine. These two individuals are not named as respondents in this proceeding. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969). The request must, therefore, be denied.

1

submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired.  In fact, the court has not yet screened his petition.  The court cannot envision why petitioner is currently in need of access to the law library.  The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for an order requiring access to the law library is denied.

DATED:  April 23, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE